NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3250

TINA M. KELLEY (now known as Tina M. Dequin),

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board
in CH0752090405-I-1.

ON MOTION

## O R D E R

Upon consideration of the Department of Veterans Affairs' motion to reform the official caption to designate the Merit Systems Protection Board as the respondent,

IT IS ORDERED THAT:

(1)     The motion is granted. The revised official caption is reflected above.

(2)     The Merit Systems Protection Board should calculate its brief due date from the date of filing of this order.

FOR THE COURT

FEB 26 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Tina M. Dequin
     Kenneth D. Woodrow, Esq.
     Michael Carney, Esq. (copy of petitioner's informal brief enclosed)
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 6 2010

JAN HORBALY
CLERK